## MADDOX v. BARRETT.

No. 3507.   Opinion Filed October 13, 1914.

(143 Pac. 673.)

**APPEAL AND ERROR—Assignment of Error—Denial of New Trial.** Errors alleged to have occurred during the progress of the trial cannot be considered by this court, unless the overruling of the motion for a new trial is assigned as error.

(Syllabus by Rittenhouse, C.)

*Error from County Court, Washita County;*

*L. R. Shean, Judge.*

Action by H. N. Barrett against C. W. Maddox. Judgment for plaintiff, and defendant brings error. Dismissed.

*Swan C. Burnette* and *A. M. Beets,* for plaintiff in error.

*T. A. Edwards,* for defendant in error.

Opinion by RITTENHOUSE, C. On August 10, 1910, this action was instituted before a justice of the peace in Washita county, trial was had, and judgment rendered in favor of the plaintiff in the sum of. $25, and interest, and on appeal to the county court, the plaintiff again was given judgment. Motion for a new trial was filed and overruled and exceptions saved. The action of the trial court in overruling the motion for a new trial has not been assigned as error in the petition in error, and consequently none of the questions presented in the brief can be considered.

In the case of *Avery et al. v. Hays et al., ante,* we held that errors which occurred during the progress of a trial could not be considered unless the ruling of the trial court on the motion for a new trial was assigned as error. This has been repeatedly held by this court.

The proceedings in error should be dismissed.

By the Court: It is so ordered.